# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-04112-SVW-AJR | Date | May 31, 2024 |
|---|---|---|---|
| Title | Joao Henriques et al v. Tine Nilsen et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**      IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION

   The Court, on its own motion, hereby orders plaintiffs to show cause in writing no later than June 10, 2024 why this action should not be dismissed for lack of subject matter jurisdiction.

   No oral argument of this matter will be heard unless ordered by the Court.

|  | : |
|---|---|
| Initials of Preparer | PMC |