1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JOAO HENRIQUES, ANIKA PATEL,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>TINE NILSEN, DOES 1 – 10 inclusive,<br><br>　　　　Defendants. | CASE NO: 2:24-CV-04112 SVW (AJRx)<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**ORDER REMANDING LASC CASE NO. 21STCV47598 TO STATE COURT** |

- 1 -

ORDER REMANDING LASC CASE NO. 21STCV47598 TO STATE COURT

1 | Upon the *ex parte* application of Tine Nilsen, and good cause appearing, it is
2 | hereby **ORDERED** that the state court action removed to this Court by way of the
3 | Notice of Removal at Dkt. #9 (*i.e.*, L.A. Superior Court Case No. 21STCV47598),
4 | is **REMANDED** to the Los Angeles County Superior Court in which it was
5 | originally filed.  The Clerk of this Court is **ORDERED** to issue a corresponding
6 | remand letter to the Clerk of the Superior Court forthwith.

Dated: March 19, 2025

Hon. Stephen V. Wilson
U.S. District Judge